(89 South. 655)

## MORTON v. STATE. (6 Div. 272.)

(Supreme Court of Alabama. June 30, 1921.)

Criminal law ⟨key⟩1.144(12)—Ruling on admission of confession not reversed, except for manifest error.

When a confession has been admitted in evidence against defendant's objection, the presumption is in favor of the correctness of the trial court's ruling, which will not be reversed unless the record affirmatively shows manifest error.

Appeal from Circuit Court, Jefferson County; Dan A. Green, Judge.

Will Morton was convicted of robbery, and sentenced to death, and he appeals. Affirmed.

The evidence showed that the defendant was in the office of the solicitor, and that the solicitor and three others were present, whereupon the solicitor stated to the defendant that any statement he might make would be used for or against him, as the case might be, and that if, under those circumstances, he desired to make a statement, he might do so. It was testified further that no threats or coercion were used, nor hope of reward held out to defendant, and that after this had occurred the defendant made a confession, which the trial judge admitted over the objection of the defendant.

No counsel marked for appellant.

Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

The confession was properly admitted. 179 Ala. 27, 60 South. 908.

THOMAS, J. The indictment was for robbery. The trial resulted in a verdict and judgment of conviction, and imposition of the death penalty.

The only exception reserved and presented by the appeal is whether the lower court committed error in admitting evidence of a confession by defendant. It is unnecessary to discuss the rule governing admission in evidence of confessions of a defendant in a criminal case. In Curry v. State, 203 Ala. 239, 242, 82 South. 489, 492, the court said:

"It is settled law that, when a confession is offered in evidence against a defendant in criminal trial, the duty devolves upon the court to ascertain and declare by its ruling whether or not such confession was free and voluntary. When confessions have been admitted as evidence against a defendant's objection, the presumption is in favor of the correctness of the ruling of the trial court, on appeal, and reversal will not be had because of the admission of such evidence, unless the record affirmatively shows that manifest error was committed in the admission of such evidence. Price v. State, 117 Ala. 113, 23 South. 691; Wilson v. State, 191

---

Ala. 7, 67 South. 1010; Sharp v. State, 193 Ala. 22, 26, 69 South. 123." Godau v. State, 179 Ala. 27, 41, 60 South. 908.

An examination of the record discloses no error of the trial court. The circumstances and the testimony of several witnesses showed the confession to have been voluntary. The judgment of the circuit court is affirmed.

Affirmed.

All the Justices concur.